# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNOCK,<br><br>                         Plaintiff,<br>  vs.<br>BELLINI, et al.,<br>                        Defendants. | CASE NO. 06 CV 1717 JM (JMA)<br><br>**ORDER VACATING MOTION TO STRIKE AND MOTION FOR LEAVE TO AMEND** |

      The court understands that the parties have settled this case in its entirety. Accordingly, the court **VACATES** as moot the December 1, 2006 hearing on plaintiff's motion to strike and motion for leave to amend.

      **IT IS SO ORDERED.**

DATED: December 4, 2006

                                                        Hon. Jeffrey T. Miller
                                                        United States District Judge

cc:    All Parties